IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY BANKS, | ) | No. C 10-5646 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| v. | ) ) | |
| SHANNON HANDY, | ) ) | |
| Defendant. | ) ) | |

Plaintiff, proceeding *pro se*, filed a notice of appeal challenging the judgment entered in *Banks v. Handy*, No. 10-CV-1236 AWI/SKO, on November 12, 2010 in the Eastern District of California. In the interest of justice, rather than dismissing this action for lack of jurisdiction, this case is TRANSFERRED to the United States Court of Appeal for the Ninth Circuit. *See* 28 U.S.C. § 1631. The Clerk shall transfer the entire file to the Ninth Circuit.

IT IS SO ORDERED.

DATED: 1/13/11

                                              LUCY H. KOH
                                              United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\CR.10\Banks646transapp.wpd